

Edward Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
ekroub@mizrahikroub.com
www.mizrahikroub.com

June 29, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
40 Foley Street
New York, NY 10007

Application **GRANTED**.  The July 6, 2022, conference remains cancelled for substantially the reasons set forth in Dkt. No. 13.  A revised case management plan incorporating the parties proposal at Dkt. No. 15 will issue separately.

Dated:  June 30, 2022
New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

Re:   *Mejia v. Just Coffee Cooperative*; Case No. 1:22-cv-3676

Dear Judge Schofield:

We represent plaintiff Jose Mejia ("Plaintiff") in the above-referenced action. We respectfully write to the Court regarding the Joint Letter and Proposed Case Management Plan submitted to the Court on June 28, 2022. *See* Docket No. 12.  This copy of the Proposed Case Management Plan lacked Defendant's additions. This document was filed in this case in error and we respectfully request to have it struck from the docket. A corrected copy of this document was filed on June 29, 2022. *See* Docket No. 15.

Thank you for your consideration of this matter.

Respectfully submitted,
/s/ Edward Kroub
Edward Kroub, Esq.

Cc:   All Counsel of Record (via ECF)